2020R00504/DAF/SD/jw

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Crim. No. 21-873 |
| DARICK NOLLETT, | : | FINAL ORDER OF FORFEITURE |
| Defendant. | : | |

WHEREAS, on November 29, 2021, defendant Darick Nollett (the "defendant") pleaded guilty to a one-count Information (the "Information") that charged him with aiding and abetting the making of a false statement during the purchase of firearms, in violation of 18 U.S.C. §§ 924(a)(1)(A) and 2;

WHEREAS, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), a person convicted of a firearms offense in violation of 18 U.S.C. § 924(a)(1)(A), as charged in the Information, shall forfeit to the United States any firearms and ammunition involved in the commission of such offense;

WHEREAS, pursuant to the plea agreement with the Government, the defendant agreed to forfeit to the United States all of his right, title, and interest in the specific property listed in Schedule B (the "Specific Property");

WHEREAS, on or about November 29, 2021, the Court entered a Consent Judgment and Preliminary Order of Forfeiture as to Specific Property (Final as to the Defendant) forfeiting all of the defendant's right, title, and interest in the Specific Property;

WHEREAS, the provisions of 21 U.S.C. § 853(n) (as incorporated by 28 U.S.C. § 2461(c)) and Rule 32.2(b) of the Federal Rules of Criminal Procedure require publication and notice to third parties known to have alleged an interest in forfeited property and the disposition of any petitions filed under Section 853(n) before the United States may have clear title to such property;

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), the government posted a Notice of Forfeiture with respect to the Specific Property on an official government internet site, namely www.forfeiture.gov, beginning on December 4, 2021, and running for thirty consecutive days through January 2, 2022, as permitted by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Proof of publication was filed with the Court on or about April 5, 2022;

WHEREAS, the published notice explained that any person asserting a legal interest in the Specific Property was required to file a petition with this Court within sixty (60) days from the first day of publication of the notice on the government internet site, and that if no such petitions were filed, following the expiration of the period for the filing of such petitions, the United States would have clear title to the Specific Property, in accordance with Supplemental Rule G(5)(a)(ii)(B);

WHEREAS, 21 U.S.C. § 853(n)(7) provides that the United States shall have clear title to any forfeited property where no petitions for a hearing to contest the forfeiture have been filed within sixty (60) days after the first day of

publication on an official internet government forfeiture site, in accordance with the procedures prescribed in Supplemental Rule G(5)(a)(ii)(B);

WHEREAS, on November 29, 2021, the Court entered Stipulations and Order of Settlement for Chelsea Danielle Nollet and Louis Lynch wherein they consented to the forfeiture of the Specific Property;

WHEREAS, no petitions were filed or made in this action as to the Specific Property, no other parties have appeared to contest the action as to the Specific Property to date, and the statutory time periods in which to do so have expired; and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), the United States is therefore entitled to have clear title to the Specific Property and to warrant good title to any subsequent purchaser or transferee.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. All right, title, and interest in the specific property listed in Schedule B (the "Forfeited Property") is hereby forfeited to the United States of America for disposition according to law.

2. The federal agency in possession of the Forfeited Property in its discretion may destroy or cause the destruction of the Forfeited Property.

3.    This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

ORDERED this 13th day of October, 2022.

_____
HON. MICHAEL A. SHIPP, U.S.D.J.

## Schedule B

Darick Nollett agreed to forfeit and consented to the destruction of the following items, which were acquired during the search of his residence on May 28, 2020:

| Manufacturer | Model | Type | Caliber | Serial Number |
|---|---|---|---|---|
| Aero Precision | Model DTO M 15 | Rifle | .556 Caliber | NKl 5-03077 |
| Aero Precision | Model DTO M 15 | Rifle | .223 Caliber | SNK15-03078 |
| Kel-Tec | RDB Model | Rifle | 5.56 Caliber | Z4X98 |
| Colt | Python | Revolver | .357 Caliber | V79326 |
| H&K | VPN Tactical | Pistol | 9mm Caliber | 224-170833 |